AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Case: 1:23−mc−00051
Assigned To : Unassigned
Assign. Date : 5/9/2023
Description: Misc

SHARON WEINSTOCK, et al., )
*Plaintiff* )
v. ) Civil Action No. 17-cv-23272
ISLAMIC REPUBLIC OF IRAN, et al., )
*Defendant* )

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/02/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: Jun 27, 2019



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Patrick Edwards
Deputy Clerk
Date Jun 27, 2019

**RECEIVED**
MAY - 9 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia